## James SHARROCK, a Minor, et al. v. J. E. MILLER.

### No. 1849.

Circuit Court of Appeals, Tenth Circuit.

March 1, 1939.

Hal Welch, of Ada, Okl., for appellants.

E. W. Whitney, of Wewoka, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, at appellants' costs, for failure to prosecute, on motion of appellee.

## George A. SPRINGSTEAD, Sr., and George A. Springstead, Jr., as Owners of the Scow THE D. A. SPRINGSTEAD, Libelants-Appellees, v. JAMES HUGHES, INC., Respondent-Appellee, and Charles Dreifus Company, Respondent-Impleaded-Appellant, and Williamsburg-Flushing Scrap Iron Corp., Respondent-Impleaded-Appellee.

### No. 213.

Circuit Court of Appeals, Second Circuit.

Feb. 6, 1939.

Hill, Rivkins & Middleton, of New York City (Thomas H. Middleton, of New York City, of counsel), for appellant Charles Dreifus Co.

Barton P. Ferris, of New York City, for appellees Springstead.

Max Rockmore, of New York City, for appellee Williamsburg-Flushing Scrap Iron Corp.

Before L. HAND, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Decree affirmed.